

**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

# Statement

*Page 1 of 1*
**10-Nov-2023**

**PLAINTIFF'S EXHIBIT A**

| Customer |
|---|
| COSMIS'S DELI |
| 1501 S EIGHTH ST. |
| |
| PHILADELPHIA, PA  19147 |

| Account# | Total Due | Current |
|---|---|---|
| COSMO100 | $6,655.55 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $6,655.55 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2022599 | 3-May-22 | **3-May-22** | IN | $1,028.43 | **$734.25** | Delinquent | |
| 2023116 | 23-May-22 | **23-May-22** | IN | $938.65 | **$938.65** | Delinquent | |
| 2023277 | 27-May-22 | **27-May-22** | IN | $668.86 | **$668.86** | Delinquent | |
| 2024133 | 29-Jun-22 | **29-Jun-22** | IN | $1,053.83 | **$1,053.83** | Delinquent | |
| 2024472 | 13-Jul-22 | **13-Jul-22** | IN | $975.60 | **$975.60** | Delinquent | |
| 2025186 | 11-Aug-22 | **11-Aug-22** | IN | $1,070.72 | **$1,053.44** | Delinquent | |
| 2029303 | 10-Feb-23 | **10-Feb-23** | IN | $1,230.92 | **$1,230.92** | Delinquent | |