| | |
|---|---|
| In re: Tri-State Paper, Inc., *Debtor*. | **United States Bankruptcy Court**<br>**Eastern District of Pennsylvania** |
| Tri-State Paper, Inc., *Plaintiff*,<br><br>*v.*<br><br>Michael Seccia and Nancy Seccia, *Defendants*. | Case No. 23-13237-pmm<br>Chapter 11<br><br>Adversary No. 24-0001-pmm |

**Plaintiff's Request for Default Judgment Against**
**Defendants Michael Seccia and Nancy Seccia**

To the Clerk of Court:

You must enter judgment against Defendants Michael Seccia and Nancy Seccia according to Fed. R. Bankr. P. 7055, Fed. R. Civ. P. 55(b)(1), and the declaration below.

Date: March 28, 2024

        CIBIK LAW, P.C.
        *Counsel for Plaintiff*

        By: */s/ Michael I. Assad*
        Michael A. Cibik (#23110)
        Michael I. Assad (#330937)
        E.J. Gruber (#334339)
        1500 Walnut Street, Suite 900
        Philadelphia, PA 19102
        215-735-1060
        mail@cibiklaw.com

**Declaration**

1. I am an attorney for Plaintiff Tri-State Paper, Inc. in the above-captioned action.

2. I am familiar with the file, records, and pleadings in this matter.

3. The Clerk entered default against the Defendants for their failure to appear, plead, or otherwise defend against the Plaintiff's complaint for judgment for affirmative relief within the time allowed.

4. The amount justly due and owing to the Plaintiff from the Defendants is $6,655.55, plus costs in the amount of $350.00, for a total of $7,005.55 sum certain.

5. The Defendants are not in military service as defined by 50 U.S.C. § 3911 and are not minors or persons with special needs.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: March 28, 2024

        */s/ Michael I. Assad*
        Michael I. Assad

**Certificate of Service**

Service on the Defendant is not required pursuant to Fed. R. Bankr. P. 7005 and Fed. R. Civ. P. 5(a)(2), thus no certificate of service is included.