*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc.<br>Debtor(s) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff | |
| v. | Adversary No. 24−00001−pmm |
| Michael L. Seccia, et al.<br>Defendant | |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

AND NOW, in accordance with Request for Entry of Default Judgment, against Michael Seccia and Nancy Seccia it is

ORDERED that judgment by default be and the same is hereby entered in favor of Tri−State Paper, Inc., Plaintiff, in the amount of Six thousand six hundred fifty−five dollars and fifty−five cents ($6,655.55), plus costs in the amount of three hundred fifty dollars and zero cents ($350.00), for a total of seven thousand five dollars and fifty−five cents ($7,005.55) sum certain

Date: April 19, 2024

FOR THE COURT

ATTEST:

Timothy B. McGrath
Clerk of Court